IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:05CR54 |
| GERALD JACKSON, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

Upon the oral motion of the government and with no objection from the defendant,

IT IS ORDERED that the hearing on the Motion to Dismiss for Lack of Speedy Trial [15] is rescheduled for **May 20, 2005** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 3rd day of May, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge